USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TEWODROS KIROS,

Plaintiff,

-v-

PHYSICIAN AFFILIATE GROUP OF NEW YORK, et al.,

Defendants.

25-cv-10650 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Plaintiff, who is self-represented, filed the complaint in this case on December 22, 2025. Dkt. No. 1. On June 15, 2026, Defendants filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). Dkt. No. 15. Plaintiff's response was due on June 29, 2026. No response has been filed. The Court provides notice that the Court intends to consider the motion to dismiss as unopposed unless a response is filed by no later than October 28, 2026. Any responses filed after that date shall be disregarded as untimely.

The Clerk of Court is respectfully directed to mail a copy of this Order to the self-represented Plaintiff unless he has consented to electronic service.

SO ORDERED.

Dated: October 14, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge